■ MARIO FRANCO, Appellant, v ROLLING FRITO-LAY SALES, LTD., et al., Respondents. [962 NYS2d 54]—

Order, Supreme Court, Bronx County (Julia Rodriguez, J.), entered January 9, 2012, which, in this personal injury action arising from a motor vehicle accident, granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The unsigned deposition transcripts submitted by defendants in support of their motion were admissible (*see* CPLR 3116 [a]). Plaintiff's transcript was certified by the reporter and plaintiff does not challenge its accuracy (*Sass v TMT Restoration Consultants Ltd.*, 100 AD3d 443, 443 [1st Dept 2012]). Although the unsigned deposition transcript of defendant Jordain was not certified by a reporter, it "was submitted by the party deponent himself and, therefore, was adopted as accurate by the deponent" (*Rodriguez v Ryder Truck, Inc.*, 91 AD3d 935, 936 [2d Dept 2012]).

Defendants, as the owner and operator of the stopped vehicle that was rear-ended by plaintiff, were entitled to summary judgment dismissing the complaint. Plaintiff failed to provide a nonnegligent explanation for the collision (*see Francisco v Schoepfer*, 30 AD3d 275, 275-276 [1st Dept 2006]). Plaintiff's assertion that defendants' vehicle had "stopped suddenly" is insufficient to rebut the presumption of his negligence (*id.* at 276).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Andrias, J.P., Saxe, DeGrasse, Abdus-Salaam and Feinman, JJ.